No. 04-98-00631-CV



Bobby E. EATON and Adelita O. Eaton,


Appellants



v.



YORK INTERNATIONAL CORPORATION,


Appellee



From the 37th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CI-09181


Honorable Michael Peden, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: November 25, 1998


DISMISSED


 Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellee, and the appellee has not opposed the motion. Therefore, we grant the motion
and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against
appellants.

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions